JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 24 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 1023

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NASDAQ MARKET-MAKER ANTITRUST AND SECURITIES LITIGATION

*John Genins v. Morgan Stanley & Co., Inc., et al.*, M.D. Georgia, C.A. No. 3:02-57

### BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA, JULIA SMITH GIBBONS, D. LOWELL JENSEN, J. FREDERICK MOTZ AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL

### TRANSFER ORDER

Before the Panel is a motion, pursuant to 28 U.S.C. § 1407, brought by Morgan Stanley & Co. International Ltd., Merrill Lynch & Co., and Merrill Lynch, Pierce, Fenner and Smith Inc. Movants are the three defendants in a Middle District of Georgia action (*Genins*). They move the Panel to transfer *Genins* to the Southern District of New York for inclusion in the centralized pretrial proceedings that have occurred there in this docket before Judge Robert W. Sweet. The *pro se* plaintiff in *Genins* opposes transfer.

On the basis of the papers filed and hearing session held, the Panel finds that *Genins* involves common questions of fact with actions in this litigation previously transferred to the Southern District of New York, and that transfer of the action to that district for inclusion in MDL-1023 coordinated or consolidated pretrial proceedings will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of *Genins* is appropriate for reasons expressed by the Panel in its original order directing transfer in this docket. The Panel selected the Southern District of New York as the transferee forum for actions with multiple common defendants and involving allegations that defendant brokers functioning as NASDAQ market-makers engaged in price-fixing. *See In re NASDAQ Market-Maker Antitrust and Securities Litigation*, MDL-1023 (J.P.M.L. Oct. 14, 1994) (unpublished order). We note, in particular, that plaintiff is seeking, *inter alia*, a declaratory judgment that a previously concluded MDL-1023 class settlement (over which Judge Sweet has retained continuing and exclusive jurisdiction) is void. Pretrial proceedings with respect to such a matter are particularly appropriate for resolution in the transferee court.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, *John Genins v. Morgan Stanley & Co., Inc., et al.*, M.D. Georgia, C.A. No. 3:02-57, is transferred to the Southern District

- 2 -

of New York and, with the consent of that court, assigned to the Honorable Robert W. Sweet for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman